UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASRA KHADIVI DIMBALI, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive,<br><br>            Defendant. | **Case No. 2:09-cv-02242-FCD-EFB**<br><br>**ORDER RE STIPULATION TO EXTEND CONOCOPHILLIPS COMPANY'S TIME TO RESPOND TO THE COMPLAINT**<br><br>REMOVAL FILED:  8/11/09<br>RESPONSE DATE:  8/18/09<br>NEW RESPONSE:    11/16/09 |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS that ConocoPhillips Company's ("COP") time to respond to Plaintiff's complaint is extended 90 days so that the Judicial Panel on Multidistrict Litigation can rule on COP's request that this action be consolidated into MDL No. 2040 as a "Tag-Along Action" pursuant to Judicial Panel on Multidistrict Litigation, Rule 7.4, and Plaintiff can file its motion for remand.  Should the Panel not rule on COP's request within 90 days, COP shall report further to the Court so that it may revisit whether a further stay would be appropriate.

/ / /

/ / /

/ / /

- 1 -
ORDER RE STIPULATION TO EXTEND COP'S TIME TO RESPOND TO THE COMPLAINT

1   Nothing herein shall prevent Plaintiff's ability to seek a temporary restraining order or
2   preliminary injunction against COP, during the 90 day period, before COP has responded to the
3   complaint.

4   Dated: August 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
ORDER RE STIPULATION TO EXTEND COP'S TIME TO RESPOND TO THE COMPLAINT