UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASRA KHADIVI DIMBALI, an individual,<br><br>    Plaintiff,<br><br> vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive,<br><br>    Defendant. | **Case No. 2:09-CV-02242-FCD-EFB**<br><br>**ORDER RE CASE STATUS UPDATE AND STIPULATION TO EXTEND CONOCOPHILLIPS COMPANY'S TIME TO RESPOND TO THE COMPLAINT** |

  FOR GOOD CAUSE SHOWN, THE COURT ORDERS that ConocoPhillips Company's ("COP") time to respond to Plaintiff's complaint is extended 90 days so that Plaintiff can file and the Judicial Panel on Multidistrict Litigation can rule on a motion to vacate the Conditional Transfer Order transferring this case to the Northern District of California. Should the Judicial Panel not rule on COP's request within 90 days, COP shall report further to the Court so that it may revisit whether a further extension would be appropriate.

  Nothing herein shall prevent Plaintiff's ability to seek a temporary restraining order or preliminary injunction against COP before COP has responded to the complaint, or file a motion to remand to state court.

Dated: November 3, 2009

                     _____
                     FRANK C. DAMRELL, JR.
                     UNITED STATES DISTRICT JUDGE